THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JORDAN L., by and through his
Guardian, Holly M.,

    Plaintiff,

v.

EAST STROUDSBURG AREA
SCHOOL DISTRICT

    Defendant.

3:20-CV-00605
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 20th DAY OF OCTOBER, 2023, upon consideration of the Motions for Judgment on the Administrative Record filed by Plaintiff Jordan L., by and through his guardian Holly M.[1] (Doc. 20), and Defendant East Stroudsburg Area School District (Doc. 22), and all documents relevant to such motions, for the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion for Judgment on the Administrative Record (Doc. 22) is **GRANTED.**

2. Plaintiff's Motion for Judgment on the Administrative Record (Doc. 20) is **DENIED.**

3. Judgment is entered in favor of Defendant East Stroudsburg Area School District and against Plaintiff Jordan L., by and through his guardian, Holly M.

4. The Clerk is directed to **CLOSE** the case.

Robert D. Mariani
United States District Judge

---

[1] Plaintiff's other guardian, James M., was not a named Plaintiff in the motion brought on behalf of Jordan L. and is therefore not included in this order.